WALTER J. BRENNAN, Respondent, v. THE POST STANDARD COMPANY, Appellant, and Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of JOHN M. PROPHET and Others, Stockholders of THE KURLASH COMPANY, INC., to Review the Election of Five Directors of Said Corporation, etc.— Order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

AUGUSTUS THIBAUDEAU, Respondent, v. CITY OF NIAGARA FALLS, Appellant.— Appeal from order denying resettlement of previous order dismissed, without costs, as academic in view of our decision on the appeal from the order of reference. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES SACCO, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of FRANK POLLOCK, Petitioner, for a Certiorari Order against the BOARD OF SUPERVISORS OF ERIE COUNTY, N. Y., Respondent.— Determination of board of supervisors confirmed, without costs. The expenses incurred by the petitioner do not, in our opinion, fall within the terms of subdivisions 9 and 18 of section 240 of the County Law. They arose rather in a legal proceeding for his own benefit and were not incurred for a county purpose. (*Matter of Chapman* v. *City of New York*, 168 N. Y. 80; N. Y. State Const. art. 8, § 10.) All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

BERYL MITCHELL, Respondent, v. CHARLES REICHMAN and Another, Defendants, Impleaded with PARAGON LABORATORIES, INC., and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

JAMES MITCHELL, Respondent, v. CHARLES REICHMAN and Another, Defendants, Impleaded with PARAGON LABORATORIES, INC., and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.